# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO O. BALTAZAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES (Warden),<br><br>　　　　Respondent. | No. EDCV 04-274-VBF(CW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

　　　**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:     June 1, 2010

_____[signature]_____ for
VALERIE BAKER FAIRBANK
United States District Judge