**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO O. BALTAZAR,           )<br>                               )<br>          Petitioner,           )<br>                               )<br>     v.                        )<br>                               )<br>JAMES A. YATES (Warden),       )<br>                               )<br>          Respondent.          )<br>_____) | No. EDCV 04-274-VBF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:     June 1, 2010

_____ for
          VALERIE BAKER FAIRBANK
       United States District Judge

1